FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

2011 AUG 16 AM 11: 11

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 2 11 CV 294 |
| GAUCHO'S BRAZILIAN STEAKHOUSE, INC. | ) ) ) | COMPLAINT |
| | ) ) ) | JURY TRIAL DEMAND |
| Defendant. | ) ) | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Amanda J. Anderson, who was adversely affected by such practices. As alleged with greater particularity in paragraphs 7-10 below, the Commission alleges that Defendant's owner subjected Amanda J. Anderson to sexual harassment, consisting of unwanted verbal and physical conduct, in violation of Title VII. As a result of the sexual harassment, Anderson was forced to resign her employment, also in violation of Title VII.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706 (f)(1) and (3) of

Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000 e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Northern District of Indiana, Hammond Division.

## PARTIES

3 Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706 (f)(1) and (3) and of Title VII, 42 U.S.C. § 2000e-5 (f) (1) and (3).

4. At all relevant times, Defendant, Gaucho's Brazilian Steakhouse, Inc. (the "Employer"), has continuously been an Indiana corporation, doing business in the State of Indiana and the City of Valparaiso, and has continuously had at least 15 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Amanda J. Anderson filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least August 2009, Defendant Employer has engaged in unlawful employment practices at its Valparaiso, Indiana facility, in violation of Section 703(a) (1) of Title VII, 42 U.S.C. §§ 2000e-2(a) (1).

   a) Defendant unlawfully discriminated against Amanda J. Anderson, because of her sex, female, by subjecting her to unwanted sexual harassment, both verbal and physical from Defendant's owner, in violation of Section 703(a) (1) of Title VII, 42 U.S.C. §§ 2000e-2(a) (1).

   b) Defendant unlawfully discriminated against Amanda J. Anderson because of her sex, female, when, because of the sexual harassment, she was forced to resign her employment, in violation of Section 703(a) (1) of Title VII, 42 U.S.C. §§ 2000e-2(a) (1).

8. The effect of the practices complained of in paragraph 7 above has been to deprive Amanda J. Anderson of equal employment opportunities and otherwise adversely affect her status as an employee, because of her sex.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Amanda J. Anderson.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.   Grant a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in sexual harassment, and any other employment practice which discriminates on the basis of sex.

B.   Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for women and which eradicate the effects of its past and present unlawful employment practices.

C.   Order Defendant Employer to make whole Amanda J. Anderson by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to rightful place reinstatement of Amanda J. Anderson.

D.   Order Defendant Employer to make whole Amanda J. Anderson by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including but not limited to out of pocket expenses, job search expenses, and medical expenses, plus prejudgment interest, in an amount to be determined at trial.

E.   Order Defendant Employer to make whole Amanda J. Anderson by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including but not limited to physical and emotional pain and suffering, mental anguish, humiliation, and loss of enjoyment of life, in an amount to be determined at trial.

  F. Order Defendant Employer to pay Amanda J. Anderson punitive damages for its malicious and reckless conduct described in paragraph 7 above, in an amount to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

  H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

          Respectfully Submitted,

          *[signature]*
          LAURIE A. YOUNG, #11480-49
          Regional Attorney

          *[signature]*
          MICHELLE EISELE, #12070-49
          Supervisory Trial Attorney

          *[signature]*
          JO ANN FARNSWORTH, #8364-49
          Senior Trial Attorney

          EQUAL EMPLOYMENT OPPORTUNITY
          COMMISSION
          Indianapolis District Office
          101 West Ohio Street,
          Suite 1900
          Indianapolis, In 46204
          Phone: (317) 226-7949
          Fax: (317) 226-5571
          Email: joann.farnsworth@eeoc.gov