IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GAUCHO'S BRAZILIAN STEAKHOUSE, INC. )<br>)<br>)<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.<br><br>2:11-cv-00294-RLM-APR |

**JOINT MOTION FOR ENTRY OF A SETTLEMENT DECREE**

Plaintiff, the Equal Employment Opportunity Commission ("EEOC") and Defendant, Gaucho's Brazilian Steakhouse, Inc., jointly move the Court to approve and enter the attached Settlement Decree. In support of this Motion, the parties jointly state as follows:

1. The EEOC and the Defendant desire to resolve the claims and allegations raised in the EEOC's Complaint without the burden and expense of further litigation.

2. The EEOC and Gaucho's Brazilian Steakhouse, Inc. waive trial, briefs, arguments, findings of fact, and conclusions of law.

3. This Settlement Decree is intended to and does resolve all matters and claims in dispute in this lawsuit between the EEOC and Gaucho's Brazilian Steakhouse, Inc. as provided in attached Settlement Decree.

4. WHEREFORE the Plaintiff EEOC and Gaucho's Brazilian Steakhouse, Inc. jointly request that the Court approve and enter the attached Settlement Decree.

Respectfully submitted,

| | |
|---|---|
| FOR PLAINTIFF EEOC: | FOR DEFENDANT GAUCHO'S BRAZILIAN STEAKHOUSE, INC.: |
| LAURIE A. YOUNG, #11480-49<br>Regional Attorney | |
| MICHELLE EISELE, #12070-49<br>Supervisory Trial Attorney | |
| s/Jo Ann Farnsworth<br>JO ANN FARNSWORTH, #8364-49<br>Senior Trial Attorney | /s/Mark L. Phillips<br>MARK L. PHILLIPS, #5860-46 |
| EQUAL EMPLOYMENT<br>  OPPORTUNITY COMMISSION<br>Indianapolis District Office<br>101 West Ohio Street, Suite 1900<br>Indianapolis IN 46204-4203 | NEWBY LEWIS KAMINSKI &<br>  JONES, LLP<br>916 Lincolnway<br>P.O. Box 1816<br>La Porte, IN 46352-1816 |

CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2012 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record:

/s/Mark L. Phillips
MARK L. PHILLIPS, #5860-46
NEWBY LEWIS KAMINSKI & JONES, LLP
916 Lincolnway
P.O. Box 1816
La Porte, IN 46352-1816
219-362-1577